No. 67547.—Manca, Inc. v. United States, protest 60/24515 (New York).

Opinion by OLIVER, C.J. In accordance with stipulation of counsel that the merchandise consists of so-called "power packs," composed wholly or in chief value of metal, used for electrically igniting and putting into operation an electrically operated mercury vapor lamp, the claim of the plaintiff was sustained.

No. 67548.—Manca, Inc. v. United States, protest 60/20994 (New York).

Opinion by OLIVER, C.J. In accordance with stipulation of counsel that the items in question consist of tubes only, without lenses (marked LUBAW on the commercial invoice), and are not complete microscopes, the claim of the plaintiff was sustained.